Law Offices of
**MICHAEL W. CARMEL, LTD.**
80 East Columbus Avenue
Phoenix, Arizona  85012-2334
Telephone:  (602) 264-4965
Arizona State Bar No.  007356
Facsimile:  (602) 277-0144
E-mail:  Michael@mcarmellaw.com

*Subchapter V Trustee*

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>SALT AND LIME 44, LLC,<br><br>Debtor. | Chapter 11<br>Subchapter V<br><br>Case No. 2:26-bk-02478-DPC<br><br>**NOTICE OF APPEARANCE<br>AND REQUEST FOR NOTICE** |

**MICHAEL W. CARMEL** hereby gives notice of his appearance as Subchapter V Trustee in the above-captioned matter, and requests copies of all filings in this matter be sent to:

Michael W. Carmel, Esq.
**Michael W. Carmel, Ltd**.
80 E Columbus Ave
Phoenix, AZ  85012
Email:  michael@mcarmellaw.com

DATED this 19th day of March, 2026.

MICHAEL W. CARMEL, LTD.

/s/*Carmel, M.W.*  (007356)
Michael W. Carmel
80 East Columbus Avenue
Phoenix, Arizona  85012-2334
*Subchapter V Trustee*

COPY of the foregoing served
via ECF this 9th day of March, 2026 on:

Lawrence D. Hirsch, Esq.
Parker Schwartz, PLLC
7310 N 16th St, #330
Phoenix, AZ 85020
Email: lhirsch@psazlaw.com
*Attorneys for Debtor*

Jennifer A. Giaimo, Esq.
Office of the United States Trustee
230 N First Ave, Ste 204
Phoenix, AZ 85003
Email: jennifer.a.giaimo@usdoj.gov


By: */s/Sharon D. Kirby*
        Sharon D. Kirby

2