United States Bankruptcy Court

District of Arizona

In re:                                                Case No. 26-02478-DPC

Salt and Lime 44, LLC                              Chapter 11

        Debtor

# CERTIFICATE OF NOTICE

District/off: 0970-2                            User: admin                            Page 1 of 1

Date Rcvd: Mar 19, 2026                      Form ID: ntcdefw                    Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**        **Definition**

+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2026:**

**Recip ID**                 **Recipient Name and Address**
db                    +   Salt and Lime 44, LLC, 8989 E. Via Linda, Suite 213, Scottsdale, AZ 85258-5409

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID**     **Bypass Reason**    **Name and Address**
tr                                       ZCHAPTER 11 FMC

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2026                        Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2026 at the address(es) listed below:**

**Name**                           **Email Address**

JENNIFER A. GIAIMO

        on behalf of U.S. Trustee U.S. TRUSTEE Jennifer.A.Giaimo@usdoj.gov

LAWRENCE D. HIRSCH

        on behalf of Debtor Salt and Lime 44 LLC lhirsch@psazlaw.com,
        emaron@psazlaw.com,Hirsch.LawrenceD.B138367@notify.bestcase.com

TOTAL: 2

FORM ntcdefw
REVISED 08/01/2018

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:                                          Case No.: 2:26−bk−02478−DPC

Salt and Lime 44, LLC                           Chapter: 11
8989 E. Via Linda, Suite 213
Scottsdale, AZ 85258
SSAN:
EIN: 93−2329134

Debtor(s)

---

## NOTICE TO DEBTOR(S) OF INCOMPLETE OR DEFICIENT FILINGS

## AND THAT DEBTOR(S) MUST FILE ALL REQUIRED DOCUMENTS

## OR THEIR CASE WILL BE DISMISSED WITHOUT FURTHER NOTICE

NOTICE IS GIVEN THAT the above debtor(s) have filed a voluntary petition and that debtor(s) have not filed the documents checked below or have filed them without all the required information. Failure to timely file all required documents with all required information and within the time periods stated will result in the dismissal of this case.

☐ A typed list of creditors in the required format of a master mailing list **required to be filed within seven days of the date of the filing of the bankruptcy petition** by Local Rule of Bankruptcy Procedure 1007−1 and Federal Rule of Bankruptcy Procedure 1007.

☐ A verified Statement of Social Security Number **required to be submitted within seven days of the date of the filing of the bankruptcy petition** by Local Rule of Bankruptcy Procedure 1007−1 and Federal Rule of Bankruptcy Procedure 1007. Must be filed by both debtors if a joint petition was filed.

☐ The petition indicates that the briefing from an approved credit counseling agency was received 180 days prior to filing and that the certificate of completion was attached. However, the certificate was not attached as indicated.

☐ The petition indicates that the briefing from an approved credit counseling agency was received 180 days prior to filing, but that the debtor did not have the certificate of completion at the time of filing. A copy of the certificate and payment plan, if any, **must be filed within 14 days of the filing of the petition.**

− − − NOTICE CONTINUES ON NEXT PAGE − − −

☐ The petition indicates that exigent circumstances exist pursuant to 11 U.S.C. § 109(h)(3); which prevented the debtor from obtaining credit counseling and that the circumstances merit a temporary waiver, or that the debtor is not required to receive a briefing about credit counseling pursuant to 11 U.S.C. § 109(h)(4). These indications require further explanation in the form of a separate sheet or motion.

☑ Schedules of Assets and Liabilities **required to be filed within 14 days of the date of the filing of the bankruptcy petition** by Federal Rule of Bankruptcy Procedure 1007 and 11 U.S.C. § 521(a)(1).

☑ Statement of Financial Affairs **required to be filed within 14 days of the date of the filing of the bankruptcy petition** by Federal Rule of Bankruptcy Procedure 1007 and 11 U.S.C. § 521(a)(1).

☐ If a Chapter 7 debtor's schedules of assets and liabilities includes debts which are secured by property of the estate, then a Statement of Intentions is required to be filed within **30 days after the date of the filing of the chapter 7 petition** or on or before the date of the meeting of creditors, whichever is earlier.

☐ Chapter 7 Statement of Your Current Monthly Income and/or Chapter 7 Means Test Calculation is **required to be filed within 14 days of the date of the filing of the bankruptcy petition** by Federal Rule of Bankruptcy Procedure 1007 and 11 U.S.C. § 521(a)(1). If your debts are not primarily consumer debts, then you must file the Statement of Exemption from Presumption of Abuse Under 11 U.S.C. § 707(b)(2) with the appropriate box in Part I checked.

☐ Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period and/or Chapter 13 Calculation of Your Disposable Income is **required to be filed within 14 days of the date of the filing of the bankruptcy petition** by Federal Rule of Bankruptcy Procedure 1007 and 11 U.S.C. § 521(a)(1).

☐ Chapter 11 Statement of Your Current Monthly Income is **required to be filed within 14 days of the date of the filing of the bankruptcy petition** by Federal Rule of Bankruptcy Procedure 1007 and 11 U.S.C. § 521(a)(1).

☐ Declaration of Employer Payments with all pay stubs received from any employer in the 60 days before the filing of the petition **required to be filed within 14 days of the date of the filing of the bankruptcy petition** by Local Rule of Bankruptcy Procedure 1007−1 and Federal Rule of Bankruptcy Procedure 1007 and 11 U.S.C. § 521(a)(1). Must be filed by both debtors if a joint petition was filed.

− − − NOTICE CONTINUES ON NEXT PAGE − − −

☐ Chapter 13 Plan **required to be filed within 14 days of the date of the filing of the bankruptcy petition** by Federal Rule of Bankruptcy Procedure 3015.

☐ Declaration Under Penalty of Perjury for Debtors Without an Attorney is required to be filed within 14 days of the date of the filing of the bankruptcy petition by Local Rule of Bankruptcy Procedure 1007−3.

☐ **OTHER:**

**Date: March 19, 2026**

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003−1727
Telephone number:  (602) 682−4000
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

**Khadijia V. White−Thomas**

By: MRS , Deputy Clerk
Phone: 602−682−4000