# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:                                                    Case No.: 2:26–bk–02478–DPC

Salt and Lime 44, LLC                                     Chapter: 11
8989 E. Via Linda, Suite 213
Scottsdale, AZ 85258
SSAN:
EIN: 93–2329134

Debtor(s)

**NOTICE AND ORDER SETTING VIDEOCONFERENCE CASE MANAGEMENT STATUS CONFERENCE
IN CHAPTER 11 SUBCHAPTER V CASE**

The above captioned case was filed as a Chapter 11 subchapter V small business reorganization proceeding.

Therefore, in order to efficiently process this subchapter V case to prompt conclusion, a status conference will be held via videoconference on **5/5/26** at **10:00 AM.**

Interested parties are to appear via **Zoomgov.com**. The **hearing ID is 160 528 9889** and the **passcode is 479849.** Alternatively, interested parties may click on the hearing link listed below:
https://www.zoomgov.com/j/1605289889?pwd=eGdIYjhhY2ViaXFvMHJXeDZoUTVQQT09.

Participants may, at their option, appear in–person in courtroom 603.

Debtor's counsel shall <u>promptly</u> give notice of this hearing to the United States Trustee, the subchapter V trustee, and all parties on the master mailing list on file with the Court. At such status conference, Debtor's counsel, the subchapter V trustee, and the Court shall address the following issues and schedule future hearings, as necessary:

1. The nature and status of Debtor's operations;
2. The factors that led to the bankruptcy filing;
3. Whether the Debtor has complied with 11 U.S.C. § 1187(a) and (b);
4. Whether counsel has been appointed;
5. Whether Debtor will seek to employ any other professionals;
6. Whether required reports have been filed;
7. Whether administrative operating expenses have been paid on a current basis;
8. Any unique issues regarding secured debt, employees, unexpired leases, existing management and/or equity owners, etc.;
9. The status of all FICA, FUTA and other employee withholdings (failure to abide by the law with respect to these issues may constitute immediate cause for conversion to Chapter 7);
10. The status of any litigation involving Debtor;
11. The deadline for filing proofs of claim and interests;
12. The deadline for filing a plan and the status of plan negotiations. (Pursuant to 11 U.S.C. § 1189, the Debtor shall file a plan not later than 90 days after the order for relief.)

– – – NOTICE AND ORDER CONTINUES ON NEXT PAGE – – –

Not later than 14 days before the date of the status conference, the Debtor shall file with the Court and serve on the United States Trustee, subchapter V trustee, and all parties on the master mailing list a report that details the efforts the Debtor has taken and will undertake to attain a consensual plan of reorganization. 11 U.S.C. § 1188(c).

Failure to file monthly operating reports may constitute grounds for immediate conversion to Chapter 7 or dismissal of the case.

Date: March 23, 2026                                    BY THE COURT

Address of the Bankruptcy Clerk's Office:              **Honorable Daniel P. Collins**
U.S. Bankruptcy Court, Arizona                         United States Bankruptcy Judge
230 North First Avenue, Suite 101
Phoenix, AZ 85003–1727
Telephone number: (602) 682–4000
www.azb.uscourts.gov