# Notice Recipients

District/Off: 0970–2      User: admin      Date Created: 3/23/2026

Case: 2:26–bk–02478–DPC      Form ID: o11csmpv      Total: 4

**Recipients of Notice of Electronic Filing:**

ust      U.S. TRUSTEE      USTPRegion14.PX.ECF@USDOJ.GOV

aty      JENNIFER A. GIAIMO      Jennifer.A.Giaimo@usdoj.gov

aty      LAWRENCE D. HIRSCH      lhirsch@psazlaw.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db      Salt and Lime 44, LLC      8989 E. Via Linda, Suite 213      Scottsdale, AZ 85258

TOTAL: 1