Adam B. Nach – 013622
Helen K. Santilli – 032441
**NACH, RODGERS, HILKERT & SANTILLI**
1220 East Osborn Rd., Ste. 101
Phoenix, AZ 85014
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Email: adam.nach@nrhslaw.com
Email: helen.santilli@nrhslaw.com

*Attorneys for CAMELBACK & 44TH OPCO, LLC*

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| SALT AND LIME 44, LLC dba SALT AND LIME MODERN MEXICAN GRILL, | Case No. 2:26-bk-02478-DPC |
| | Subchapter V |
| Debtor. | **NOTICE OF MOTION TO COMPEL COMPLIANCE WITH LEASE** |

**PLEASE TAKE NOTICE** that Camelback & 44th OPCO, LLC ("**Landlord**") has filed a *Motion to Compel Compliance with Lease* ("**Motion**"). A complete copy of the Motion is on file with the Court and available for inspection. Landlord seeks an order compelling Debtor to pay all post-petition rental amounts due and owed under the Lease (as defined below) pursuant to 11 U.S.C. § 365(d)(3).

Any person opposing the Motion shall file a written objection, together with a notice of hearing, on or before twenty-one (21) days of the date of this mailing as follows: Clerk of the United States Bankruptcy Court (a) by hand-delivery/mail: to 230 N. First Avenue, Suite 101, Phoenix, Arizona 85003; or (b) electronically at the Court's website: ecf.azb.uscourts.gov using the Court's electronic filing procedures, with a copy to: Helen K. Santilli of Nach, Rodgers, Hilkert & Santilli at 1220 E. Osborn Road, Suite 101, Phoenix, Arizona 85014.

If there is no timely written objection and request for hearing filed, no hearing will be held and the Court may sign an Order without further notice to you.

RESPECTFULLY SUBMITTED this 28th day of May, 2026

**NACH, RODGERS, HILKERT & SANTILLI**

By: __*/s/ Adam B. Nach – 013622*__
       Adam B. Nach
       Helen K. Santilli
       *Attorneys for CAMELBACK & 44TH OPCO, LLC*

COPIES of the foregoing were served via May 28, 2026, the Court's CM/ECF Notification System on all parties that requested notice in this case;

Jennifer A. Giaimo
United States Trustee's Office
230 North First Avenue, Suite 204
Phoenix, Arizona 85003-1706
Email: jennifer.a.giaimo@usdoj.gov

Larry Hirsch
Parker Schwartz, PLLC
7310 N. 16th Street, Suite 330
Phoenix, Arizona 85020
Email: lhirsch@psazlaw.com

Michael W. Carmel
80 E. Columbus Avenue
Phoenix, Arizona 85012
Email: michael@mcarmellaw.com

James Hanson
Lang Thal King & Hanson
6730 N. Scottsdale Road, Suite 101
Scottsdale, Arizona 85253
Email: jhanson@lang.law

By: /s/ *Becca Casteel*

2